UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICASIO SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>　　　　　Defendant. | No. 1:14-CV-01466-GEB-BAM<br><br>**ORDER DENYING DEFENDANT'S MOTION AS MOOT** |

　　　　On November 24, 2014 Defendant Kaiser Foundation Health Plan, Inc. filed a motion to dismiss or alternatively to transfer venue and for a more definite statement. (ECF No. 7.) However, Plaintiff timely filed a First Amended Complaint on December 5, 2014, which is now the operative pleading. See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989) (stating "an amended pleading supersedes the original").

　　　　Since the referenced dismissal motion does not address the operative pleading, it is denied as moot.

Dated:   January 6, 2015

　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　Senior United States District Judge

1