YVONNE M. PIERROU, Cal. Bar No. 166237
ymp@marionsinn.com
MARION'S INN LLP
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone:  (510) 451-6770
Facsimile:  (510) 451-1711

Attorneys for defendant
Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICASIO SANDOVAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAISER FOUNDATION HEALTH PLAN, INC. ,<br><br>　　　　Defendant. | Case No. 1:14-cv-01466-GEB-BAM<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>and<br><br>**[PROPOSED] ORDER**<br><br>Action Filed:   Sept. 19, 2014 |

　　　　Plaintiff Nicasio Sandoval ("Sandoval") filed a second amended complaint in this action on February 19, 2015.  The responsive pleading deadline for Defendant Kaiser Foundation Health Plan, Inc. ("Health Plan") to respond to the second amended complaint is March 5, 2015.  The parties hereby agree and stipulate that Health Plan may have an additional two weeks to respond to the second amended complaint.  Health Plan's response will now be due on or before March 19, 2015.

　　　　IT IS SO STIPULATED.
　　　　Respectfully submitted,

Dated: March 2, 2015　　　　LAW OFFICES OF TODD M. FRIEDMAN, P.C.
　　　　　　　　　　　　　　　　　By:   */s/ Suren N. Weerasuriya*
　　　　　　　　　　　　　　　　　　　　Suren N. Weerasuriya

　　　　　　　　　　　　　　　　Attorneys for plaintiff Nicasio Sandoval

STIP. EXTENDING RESPONSIVE PLEADING DEADLINE
FOR 2ND AMENDED COMPLAINT AND [PROPOSED] ORDER
1:14-CV-01466-GEB-BAM

| | |
|---|---|
| Dated: March 2, 2015 | MARION'S INN LLP<br>By:  /s/ Yvonne M. Pierrou<br>       Yvonne M. Pierrou<br><br>Attorneys for defendant<br>Kaiser Foundation Health Plan, Inc. |

**ORDER**

IT IS SO ORDERED.

Dated:  March 2, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIP. EXTENDING RESPONSIVE PLEADING DEADLINE
FOR 2ND AMENDED COMPLAINT AND [PROPOSED] ORDER
1:14-CV-01466-GEB-BAM

-2-