UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICASIO SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>　　　　　Defendant. | No. 1:14-cv-01466-GEB-BAM<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

　　　　Defendant filed a "Notice of Settlement" on March 18, 2015, in which it states that "the lawsuit has been settled[,]" and "requests 21 days for plaintiff to file a dismissal to allow the parties time to prepare and execute a written settlement agreement." (Notice of Settlement, ECF No. 25.)

　　　　Therefore, a dispositional document shall be filed no later than Wednesday, April 8, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

　　　　Further, the Status Conference scheduled for hearing on April 6, 2015, is continued to commence at 9:00 a.m. on May 4, 2015, in the event no dispositional document is filed, or if this

1

action is not otherwise dismissed.[1]  A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  March 24, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).